UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Edmund D. LaChance, Jr.</u>

      v.                    Civil No. 07-cv-127-PB

<u>NH Attorney General</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 8, 2007.

SO ORDERED.

May 22, 2007                      <u>/s/ Paul Barbadoro</u>
                                          Paul Barbadoro
                                          United States District Judge

cc:    Edmund D. LaChance, Jr., pro se